# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>PAM AHLN, et al.,<br><br>    Defendants. | OLD CASE NO. 1:18-cv-00102-LJO-MJS (PC)<br><br>NEW CASE NO. 1:18-cv-00102-LJO-SAB (PC)<br><br>**ORDER REASSIGNING ACTION FROM MAGISTRATE JUDGE MICHAEL J. SENG TO MAGISTRATE JUDGE STANLEY A. BOONE** |

In light of the anticipated retirement of Magistrate Judge Michael J. Seng, IT IS HEREBY ORDERED that this action shall be reassigned from the docket of Magistrate Judge Michael J. Seng to the docket of Magistrate Judge Stanley A. Boone. All future pleadings and correspondence shall hereinafter be correctly numbered as follows:

1:18-cv-00102-LJO-SAB (PC)

Use of an incorrect case number, including initials, may result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer.

IT IS SO ORDERED.

Dated: **April 3, 2018**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE