# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON PRICE, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00102-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COPIES AND GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO MARCH 7, 2018 ORDER<br><br>(ECF Nos. 12, 13)<br><br>DEADLINE APRIL 21, 2018 |

Plaintiff Corey Williams, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint was screened on March 7, 2018, and Plaintiff was to either notify the court that he was willing to proceed on the claims found to be cognizable in the screening order or file an amended complaint within thirty days.

On March 16, 2018, Plaintiff filed a motion for copies of the civil complaint and supporting documents. On April 2, 2018, Plaintiff filed a motion for a fourteen day extension of time to respond to the March 7, 2018 order. The Court finds good cause to grant Plaintiff's request for an extension of time.

The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent plaintiff. The Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the

1

Clerk Office at this Court upon written request and prepayment of the copy fees. Plaintiff's request for free copies will be denied at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for copies of the civil complaint and supporting documents is DENIED;

2. Plaintiff's motion for an extension of time is GRANTED and Plaintiff shall file his response to the March 7, 2018 order on or before April 21, 2018; and

3. If Plaintiff fails to file a response in compliance with this order, the Court will recommend that this action be dismissed for failure to comply.

IT IS SO ORDERED.

Dated: **April 4, 2018**

UNITED STATES MAGISTRATE JUDGE