# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>BRANDON PRICE, et al.,<br><br>  Defendants. | Case No. 1:18-cv-00102-LJO-SAB (PC)<br><br>ORDER STRIKING UNSIGNED OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 24)<br><br>FOURTEEN DAY DEADLINE |

Plaintiff Corey Williams, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 15, 2018, findings and objections issued recommending denying Plaintiff's motion for a preliminary injunction. On June 18, 2018, Plaintiff filed objections. Upon review of the objections, the Court finds that they are not signed.

Unsigned documents cannot be considered by the Court, and the objections are HEREBY STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b). Plaintiff shall file signed objections within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **June 19, 2018**

UNITED STATES MAGISTRATE JUDGE