# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON PRICE, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00102-LJO-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S SURREPLY<br><br>(ECF No. 50) |

    Plaintiff Corey Williams, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 25, 2019, Defendants a motion to dismiss and a request for judicial notice. (ECF Nos. 44, 45.) Plaintiff filed an opposition on February 19, 2019. (ECF No. 46.) Defendants filed a reply on February 26, 2019. (ECF No. 48.) On March 14, 2019, findings and recommendations issued recommending denying Defendants' motion to dismiss. (ECF No. 49.) On March 18, 2019, Plaintiff filed a surreply. (ECF No. 50.)

    The Local Rules of the Eastern District of California provide for a motion, an opposition, and a reply. L.R. 230(l). Neither the Local Rules nor the Federal Rules provide the right to file a surreply, and the Court neither requested a surreply nor granted a request on the behalf of Plaintiff to file one.

/ / /

1

Accordingly, Plaintiff's surreply, filed March 18, 2019, is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **March 19, 2019**

_____
UNITED STATES MAGISTRATE JUDGE