# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON PRICE, et al.,<br><br>Defendants. | Case No. 1:18-cv-00102-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO DISMISS<br><br>(ECF Nos. 44, 45, 46, 48, 49)<br><br>TWENTY DAY DEADLINE |

Plaintiff Corey Williams, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants Brandon Price and Pam Ahlin filed a motion to dismiss that was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 14, 2019, the magistrate judge filed findings and recommendations (F&Rs) recommending denying Defendants' motion to dismiss. ECF No. 49. The F&Rs were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the F&Rs to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed March 14, 2019, ECF No. 49, are ADOPTED IN FULL;
2. Defendants' motion to dismiss is DENIED;
3. Defendants shall file an answer to the second amended complaint within **twenty (20) days** of the date of entry of this order; and
4. This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 8, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE