# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON PRICE, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00102-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO VACATE THE DISPOSTIVE MOTION DEADLINE<br><br>(ECF No. 63) |

Corey Williams ("Plaintiff"), a civil detainee, is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 29, 2019, the discovery and scheduling order was filed setting the deadline to file dispositive motions in this matter for April 6, 2020. (ECF No. 57.) On February 21, 2020, Brandon Price and Pam Ahlin ("Defendants") filed a motion for judgment on the pleadings. On March 4, 2020, Defendants filed an *ex parte* application to vacate the dispositive motion deadline.

Defendants seek to vacate the deadline to file a dispositive motion to allow for decision on their motion for judgment on the pleadings. Defendants state that the motion for judgment on the pleading may resolve this matter. However, should the motion for judgment on the pleadings be denied, they will file a motion for summary judgment. Due to the state of judicial emergency that has been declared in this district, Defendant contend that the motion for judgment on the pleadings may not be resolved prior to the April 6, 2020 deadline to file dispositive motions.

1

1   The Court finds that Defendants have shown good cause to vacate the dispositive motion deadline.  Should this case remain active once a decision is issued on Defendants' motion for judgment on the pleadings, the Court will set a deadline for dispositive motions to be filed.

Based on the foregoing, IT IS HEREBY ORDERED that Defendants' *ex parte* application to vacate the dispositive motion deadline is GRANTED.  A new dispositive motion deadline shall be set should this matter remain active following decision on Defendants' motion for judgment on the pleadings.

IT IS SO ORDERED.

Dated: **March 5, 2020**

_____
UNITED STATES MAGISTRATE JUDGE